WILLIAM M. FISHBACK *v.* THE PACIFIC EXPRESS COMPANY. Appeal from the Circuit Court of the United States for the Eastern District of Arkansas. No. 342. Argued with No. 341.

THE CHIEF JUSTICE: This case differs in no essential respect from that just decided and must take the same course.

*Decree reversed with costs and cause remanded with a direction to dismiss the suit for want of jurisdiction.*

*Mr. A. H. Garland* for appellants.   *Mr. James P. Clarke* and *Mr. R. C. Garland* were on his brief.

*Mr. Westel W. Morsman* for appellee.   *Mr. John M. Moore* was on his brief.